```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                              CASE NO. 08 B 21053
     JAMES L DOBBINS
                                                    CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA

           Debtor
     SSN XXX-XX-3424
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/12/08.

2. The case was converted to Chapter 7 without confirmation, 12/02/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITIMORTGAGE | SECURED | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| PAMELA DOBBINS | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CLAIM MANAGMENT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| AUNT MARTHAS YOUTH SRVC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| AURORA PEDIATRIC CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| UNIQUE NATIONAL COLLECTI | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAMIC JOHNSON WILSON & B | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MERDITH BILLING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| EARTHMOVER CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| MICKEY WILSON WEILER ET | UNSECURED | NOT FILED | .00 | .00 |
| MARTHA HANNON | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |

```
QUEST DIAGNOSTICS          UNSECURED       NOT FILED            .00           .00
RUSH COPLEY                UNSECURED       NOT FILED            .00           .00
SUBURBAN CHICAGO NEWSPAP   UNSECURED       NOT FILED            .00           .00
VERIZON WIRELESS           UNSECURED       NOT FILED            .00           .00
WEST SUBURBAN BANK         UNSECURED       NOT FILED            .00           .00
WEST SUBURBAN BANK         UNSECURED       NOT FILED            .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00         .00          .00           .00
PRINCIPAL PAID           .00          .00         .00          .00           .00
INTEREST PAID            .00          .00         .00          .00           .00
TOTAL PAID               .00          .00         .00          .00           .00
```

The Debtor's attorney, RUDDY MILROY & KING          , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/16/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 08 B 21053 JAMES L DOBBINS